# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>VALERIY KOUZNETSOV<br><br>*Defendant(s)* | Case No. 1:25-MJ-398<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  02/14/2025 through 05/15/2025  in the city/county of  Fairfax County  in the  Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S. Code, § 875(c) | Threatening Interstate Communications |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT, incorporated herein by this reference.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA
AUSA Lauren Halper
*Printed name and title*

*Hunter Howard*
*Complainant's signature*

USSS Special Agent Hunter Howard
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone  *(specify reliable electronic means)*.

Date: 06/27/2025

John F. Anderson
Digitally signed by John F. Anderson
Date: 2025.06.27 15:49:34 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

The Hon. John F. Anderson U.S. Magistrate Judge
*Printed name and title*